NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

HOWARD JOHNSON INTERNATIONAL, INC.,

      Plaintiff,

v.

GOLDEN KEY ENTERPRISES, LLC, ANDREW KHONG, and THANH DOAN,

      Defendants.

_____

Civil Action No. 11-851 (SDW)

**ORDER**

March 6, 2012

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on January 25, 2012. No objections have been filed to the R&R. The Court notes that no party or counsel appeared on behalf of any of the defendants, Andrew Khong, Thanh Doan, and corporate defendant Golden Key Enterprises, LLC ("Defendants"), on the scheduled date of December 15, 2011 for an Order to Show Cause hearing before Magistrate Judge Arleo, that notice of the hearing was sent to Defendants, and that executed receipt cards were received.

    The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed January 25, 2012, is

1

**ADOPTED** as the conclusions of law of this Court.

It is **ORDERED** that the Answer of Defendants be striken; and it is further

**ORDERED** that default be entered against Defendants.  Plaintiff can proceed to judgment by default.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Judge Arleo
       Parties